Defendant-Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the CITY OF NEW YORK, on Behalf of the New York City Housing Authority, Appellant, Relative to Acquiring Title to Real Property Bounded by Delancey Street and Other Streets in the Borough of Manhattan, Selected as a Site for BARUCH HOUSES. SOL EDELMAN et al., Respondents; HEIPERSHAUSEN BROS., INC., Appellant-Respondent.— Decree, so far as appealed from, unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JETHRO PORTEE, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

H. E. R. LABORATORIES, INC., Appellant, v. MORRIS ROSENSWEIG et al., Defendants. RUDOLPH ALLEN, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See ante, p. 676.]

In the Matter of H. E. R. LABORATORIES, INC. et al., Appellants, against RUDOLPH ALLEN, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See ante, p. 676.]

In the Matter of the CITY OF NEW YORK, on Behalf of the New York City Housing Authority, Appellant-Respondent, Relative to Acquiring Title to Real Property Bounded by East 97th Street and Other Streets in the Borough of Manhattan, Selected as a Site for a Low-Rent Housing Project, Known as GEORGE WASHINGTON HOUSES. H. D. & W. REALTY CORP. et al., Respondents-Appellants; ROSE TEPPER et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Breitel, Bastow and Botein, JJ. [See post, p. 866.]

In the Matter of ALDORE ESTATES, INC., Appellant, against JOSEPH D. Mc-GOLDRICK, as State Rent Administrator, Respondent, and WALTER FRIED, Intervener, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See ante, p. 663.]

JANNO SILVERMAN, Respondent-Appellant, v. COMMERCIAL TRADING COMPANY, a Copartnership, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See ante, pp. 67^ 759.]